UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Flagstar Bank, N.A.,**<br><br>    **Plaintiff**<br><br>        vs.<br><br>**Carl Harrington, Personal Representative of the Estate of Brian Harrington, and Linda Harrington, Personal Representative of the Estate of Brian Harrington,**<br><br>    **Defendants** | **Civil Case No. 2:24-cv-00008-LEW** |

**CONSENT JUDGMENT OF FORECLOSURE AND SALE**
729 Prospect Avenue, Rumford, Maine
**Book: 5731, Page 557**

Now comes the Plaintiff, Flagstar Bank, N.A., and the Defendants, Carl Harrington, Personal Representative of the Estate of Brian Harrington, and Linda Harrington, Personal Representative of the Estate of Brian Harrington, and hereby submit this Consent Judgment of Foreclosure and Sale.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

If the Defendants or their heirs or assigns pay Flagstar Bank, N.A. ("Flagstar") the amount adjudged due and owing ($169,169.62) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, Flagstar shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing as of January 20, 2024:

| Description | Amount |
|---|---|
| Principal Balance | $153,450.00 |
| Interest | $10,695.23 |
| Escrow Advance | $3,060.69 |
| Fees and Costs | $1,963.70 |
| **Grand Total** | **$169,169.62** |

1. If the Defendants or their heirs or assigns do not pay Flagstar the amount adjudged due and owing ($169,169.62) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Rumford Property shall terminate, and Flagstar shall conduct a public sale of the Rumford Property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $169,169.62 after deducting the expenses of the sale, with any surplus to the Defendants or the heirs or assigns, in accordance with 14 M.R.S. § 6324.  Flagstar *may not* seek a deficiency judgment against the Defendants since they have no personal liability.

2. Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

3. The amount due and owing is $169,169.62 and the mortgage loan is in default, as a result of the Defendants, Carl Harrington, Personal Representative of the Estate of Brian Harrington and Linda Harrington, Personal Representative of the Estate of Brian Harrington, having failed to comply with the terms of the Note, the object of this litigation, is in breach of both the Note and Mortgage.  Defendants Carl Harrington and Linda Harrington are not personally liable, and accordingly this action does not seek personal liability on the part of that/those Defendant(s), and this

judgment shall act solely as an *in rem* judgment against the subject property.

4. Flagstar Bank, N.A. has first priority, in the amount of $169,169.62, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendants who have second priority.

5. The prejudgment interest rate is 6.625%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 4.65%, pursuant to 28 U.S.C 1961.

6. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Flagstar Bank, N.A.<br>5151 Corporate Dr.<br>Troy, MI 48098 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANTS | Carl Harrington, Personal Representative of the Estate of Brian Harrington, and Linda Harrington, Personal Representative of the Estate of Brian Harrington<br>280 Goding Road<br>Livermore, ME 04253 | Pro Se |

a) The docket number of this case is No. 2:24-cv-00008-LEW.

b) The Defendants, the only parties to these proceedings besides Flagstar, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 729 Prospect Avenue, Rumford, ME 04276, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 729 Prospect Avenue, Rumford, ME 04276.  The Mortgage was executed by Brian Harrington on December 5, 2022.  The book and page number of the Mortgage in the Oxford County Registry of Deeds is Book 5731, Page 557.

e) Carl Harrington, Personal Representative of the Estate of Brian Harrington and Linda Harrington, Personal Representative of the Estate of Brian Harrington, having failed to comply with the terms of the Note, the object of this litigation, is in breach of both the Note and Mortgage.  Defendants, Carl Harrington and Linda Harrinton are not personally liable, and accordingly this action does not seek personal liability on the part of that/those Defendants, and this judgment shall act solely as an *in rem* judgment against the property.

f) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an *in rem* judgment against the property, 729 Prospect Avenue, Rumford, ME 04276.

Dated: February 12, 2024          /s/Reneau J. Longoria, Esq.          
                                  Reneau J. Longoria, Esq. Bar No. 005746
                                  Attorney for Plaintiff
                                  Doonan, Graves & Longoria, LLC
                                  100 Cummings Center, Suite 303C
                                  Beverly, MA 01915
                                  (978) 921-2670
                                  RJL@dgandl.com

Dated: March 7, 2024 /s/ Carl Harrington
Carl Harrington, Personal Representative of the
Estate of Brian Harrington
280 Goding Road
Livermore, ME 04253

Dated: March 7, 2024

/s/Linda Harrington
Linda Harrington, Personal Representative of
the Estate of Brian Harrington
280 Goding Road
Livermore, ME 04253

**SO ORDERED.**

Dated this 9th day of April, 2024.

/s/ Lance E. Walker
Chief U.S. District Judge